| | |
|---|---|
| SHAWN N. ANDERSON<br>United States Attorney<br>MIKEL W. SCHWAB<br>JESSICA F. WESSLING<br>Assistant U.S. Attorneys<br>Sirena Plaza, Suite 500<br>108 Hernan Cortez Avenue<br>Hagåtña, Guam 96910<br>PHONE: (671) 472-7332<br>FAX: (671) 472-7215<br><br>*Attorneys for the United States of America* | |

**IN THE DISTRICT COURT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA, by and through qui tam relator, RAY SANCHEZ TOPASNA,<br><br>Plaintiff,<br><br>vs.<br><br>GUAM HOUSING AND URBAN RENEWAL AUTHORITY (GHURA); DAVID J. SABLAN (in both his official capacity and personally); RICARDO CALVO (in both his official capacity and personally); LUIS PAULINO (in both his official capacity and personally); ROSIE ANN BLAS (in both her official capacity and personally); DEANNE S.N. TORRE (in both her official capacity and personally); CECILE SUDA (in both his official capacity and personally); ROLAND SELVIDGE (in both his official capacity and personally); MARK S. SMITH (in both his official capacity and personally); CESAR C. CABOT (in both his official capacity and personally); and, RAWLEN M.T. MANTANONA (in both his official capacity and personally),<br><br>Defendants. | CIVIL CASE NO. 15-00040<br><br>**ORDER**<br>Granting United States' Request to File Complaint in Intervention Within 30 Days (ECF No. 53) |

On August 22, 2019, the United States filed a Notice of Election to Intervene in Part and to Decline in Part (the "Notice of Election") in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4)(A). The United States also requested that it be given 30 days to file it complaint in intervention. Furthermore, the United States asked that the Complaint, its Notice of Election, the Complaint and this Order be unsealed, but that all other papers on file in this action remain under seal. Having reviewed the Notice and the record, the court orders the following:

1. The United States shall file and serve its complaint in intervention upon the Defendants, together with this Order, by September 23, 2019;

2. The Complaint and this case shall be unsealed. The Relator shall serve the Defendants with a copy of the Complaint.

3. The following documents shall remain sealed and shall not be made public or served upon the Defendants: ECF Nos. 9, 12, 15, 18, 21, 25, 28, 32, 36, 40-41, 44-46, 48 and 50-51. The Relator shall serve all other previously filed documents upon the Defendants after service of the Complaint;

4. The parties shall serve all pleadings and motions filed in this action upon the United States, as provided for in 31 U.S.C. § 3730©93). The United States may order any deposition transcripts and is entitled to intervene in the portion of the Relator's Complaint in which it is declining to intervene, for good cause, at a later date; and

5. Should the Relator or the Defendants propose that this action be dismissed, settled or otherwise discontinued, the court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.



**/s/ Joaquin V.E. Manibusan, Jr.**
　　**U.S. Magistrate Judge**
**Dated: Aug 26, 2019**